AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Kemuel Cornelius Mingo ) | |
| *Petitioner* ) | |
| v. ) | Civil Action No.   9:20-cv-00010-JD |
| M. Travis Bragg, Warden, F.C.I. Bennettsville ) | |
| *Respondent* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ __ ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Petitioner, Kemuel Cornelius Mingo, shall take nothing of Respondent, M. Travis Bragg, Warden, F.C.I. Bennettsville, as to the petition filed pursuant to 28 U.S.C. § 2241 and the petition is dismissed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph Dawson, III, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Molly H. Cherry, United States Magistrate Judge.

Date:   February 1, 2021                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                            s/C. Pegram-Conner
                                                            _____
                                                            *Signature of Clerk or Deputy Clerk*